FILED

03/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0114



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0114

IN RE THE MATTER OF THE ESTATE
OF:

C. PATRICIA FIELD,

    Deceased.

SCOTT FIELD,

        Appellant,

    v.

ESTATE OF C. PATRICIA FIELD
and GREG FIELD,

        Appellees and Cross-
Appellants.

**SECOND ORDER OF MEDIATOR
APPOINTMENT**

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

On March 13, 2023, Miriam S. Wolok was appointed as mediator. She has since informed this office that she must decline the appointment.

ACCORDINGLY, the appointment of Ms. Wolok is rescinded, and IT IS ORDERED THAT **Peter M. Meloy,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this March 15, 2023.

Bowen Greenwood, Clerk of the Supreme Court

c:      Amos Rogers Little, III, Kelby R. Fischer, Michael L. Rausch, Dale F. Field,
Lester L. Field, Steven D. Field, Norman H. Grosfield, Brian P. Thompson, Peter M.
Meloy